# GENERAL SESSIONS.

## NEW YORK, SEPTEMBER, 1823.

The People
vs.
George Frazier and  } BURGLARY.
Bernard Courtney.

The prisoners were charged in an indictment with a burglary, committed in breaking open Mr. Carpenter's house, on the night of the 5th day of September, 1823, and carrying away four firkins of butter.

*Burglary cannot be inferred by finding stolen property in possession of the accused, although larceny may.*

The store was left secured in the usual manner at 10 o'clock, and was found broken open, and the property carried away, before sunrise the next morning. The parties were arrested the same day, and the property found upon them.

It was contended, by the counsel for the prisoners, that the proof only amounted to a grand larceny. The store might have been broken open after daylight, &c.; burglary could not be presumed.

Maxwell, contra.

The court decided, that burglary could not be inferred by finding stolen property in the possession of the accused, although larceny may.

The jury found the prisoners guilty of *grand larceny*.